ABD:USAO#TBD

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 9 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. CBA-19-3321 |
| v. | (Distributing Bait, 16 U.S.C. § 704(b)(2); Taking or attempting to take migratory birds, 16 U.S.C. § 703) |
| GEORGE W. REIGER, | |
| Defendant | |

.oOo.

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From on or about December 1, 2018 through on or about January 21, 2019, in the Eastern District of Virginia, the defendant,

**GEORGE W. REIGER,**

did knowingly and unlawfully place or direct the placement of bait, namely milo seeds, on or adjacent to an area, to wit a freshwater impoundment located near Locustville, Accomack County which is within the operational control of the Commander, US Coast Guard Group Eastern Shore, for the purpose of causing, inducing, and allowing any person to take and attempt to take any migratory game bird by the aid of baiting on or over the baited area.

16 U.S.C. § 704(b)(2)

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

From on or about December 1, 2018 through on or about January 21, 2019, in the Eastern District of Virginia, the defendant,

## GEORGE W. REIGER,

did pursue, hunt, take, capture, kill, attempt to take, capture, or kill, possess, offer for sale, sell, offer to barter, barter, offer to purchase, purchase, deliver for shipment, ship, export, import, cause to be shipped, exported, or imported, deliver for transportation, transport or cause to be transported, carry or cause to be carried, or receive for shipment, transportation, carriage, or export, any migratory bird, any part, nest, or egg of any such bird, or any product, whether or not manufactured, which consists, or is composed in whole or part, of any such bird or any part, nest, or egg thereof, included in the terms of the conventions between the United States and Great Britain for the protection of migratory birds concluded August 16, 1916, the United States and the United Mexican States for the protection of migratory birds and game mammals concluded February 7, 1936, the United States and the Government of Japan for the protection of migratory birds and birds in danger of extinction, and their environment concluded March 4, 1972, and the convention between the United States and the Union of Soviet Socialist Republics for the conservation of migratory birds and their environments concluded November 19, 1976.

16 U.S.C. § 703

10/9/19
DATE

Robert K. Hur
ROBERT K. HUR
UNITED STATES ATTORNEY

2